UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:22-cv-00821-SSS-SHKx | Date | January 6, 2025 |
|---|---|---|---|
| Title | *Howard Johnson International Inc. v. Bal Krishna Inc., et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED**

The Court notes that the last filing on this docket is the Notice of Withdrawal of Motion for Judgment Debtor Exam on July 18, 2022. [Dkt. 27]. Nothing further has been filed since then. Accordingly, the parties are hereby **ORDERED** to show cause why this case should not be dismissed.

The parties are ordered to submit a response to this Order by **January 15, 2025**.

**IT IS SO ORDERED.**